# U.S. District Court
## Middle District of Tennessee (Nashville)
## CIVIL DOCKET FOR CASE #: 3:16–cv–00076

Tripati v. Corizon Inc. et al  
Assigned to: District Judge Aleta A. Trauger  
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 01/25/2016  
Date Terminated: 05/17/2016  
Jury Demand: Plaintiff  
Nature of Suit: 550 Prisoner: Civil Rights  
Jurisdiction: Federal Question

**Plaintiff**

**Anant Kumar Tripati**   represented by   **Anant Kumar Tripati**
#102081
P.O. Box 24401
Tucson, AZ 85734
PRO SE

V.

**Defendant**

**Corizon Inc.**

**Defendant**

**Calvin Johnson**
*Dr.*

**Defendant**

**Lucy Burciaga**

**Defendant**

**B. Anderson Flatt**
*c/o General Counsel*

**Defendant**

**Tracy Nolan**
*c/o General Counsel*

**Defendant**

**Jonathan Walker**
*c/o Counsel General*

**Defendant**

**Karey Witty**
*c/o General Counsel*

**Defendant**

**Harold Orr**
*Dr. c/o General Counsel*

**Defendant**

**Scott Bowers**
*c/o General Counsel*

**Defendant**

**Angela Martinez**
*R.N. Corizon Nursing Supervisor*

**Defendant**

**Tammy Porter**
*R.N. Corizon Facility Administrator*

**Defendant**

**Lisa Lyon**
*R.N. Corizon Asst. Administrator*

**Defendant**

**Glen Pacheco**
*Policy Maker*

**Defendant**

**Martene Bedoya**
*Policy Maker*

**Defendant**

**Michelle Frame**

**Defendant**

**Pan'aan Days**
*Policy Maker*

**Defendant**

**Anna Jacobs**

**Defendant**

**David Robertson**
*Dr.*

**Defendant**

**Charles L. Ryan**

**Defendant**

**Julia Erwin**

**Defendant**

**Juliette Respiuo–Moriarty**

**Defendant**

**Cheryl Dossett**

**Defendant**

**Does 1–100**
*Employees and Agents Unknown*

**Defendant**

**Woodrow Myers**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/26/2016 | Ï 1 | COMPLAINT against Martene Bedoya, Scott Bowers, Lucy Burciaga, Corizon Inc., Pan'aan Days, Does 1–100, Cheryl Dossett, Julia Erwin, B. Anderson Flatt, Michelle Frame, Anna Jacobs, Calvin Johnson, Lisa Lyon, Angela Martinez, Tracy Nolan, Harold Orr, Glen Pacheco, Tammy Porter, Juliette Respiuo–Moriarty, David Robertson, Charles L. Ryan, Jonathan Walker, Karey Witty, filed by Anant Kumar Tripati.(am) (Entered: 01/26/2016) |
| 01/26/2016 | Ï 2 | APPLICATION for Leave to Proceed In Forma Pauperis by Anant Kumar Tripati. (am) (Entered: 01/26/2016) |
| 01/26/2016 | Ï | Notice mailed to pro se party regarding filing of new case (docket sheet &certificate of service form included). (am) (Entered: 01/26/2016) |
| 02/02/2016 | Ï 3 | ORDER: The application to proceed as a pauper Docket Entry No. [ 2] is DENIED, and the plaintiff is directed to remit the full $400.00 filing fee within 30 days from the date of entry of this order. The plaintiff is warned that failure to remit the full $400.00 filing fee within 30 days will result in dismissal of this action for failure to prosecute. In that event, the full amount of the filing fee will still be assessed against him and collected from his inmate trust account. Signed by District Judge Aleta A. Trauger on 2/2/16. (xc:Pro se party by regular and certified mail.)(DOCKET TEXT SUMMARY ONLY–ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)(am) (Entered: 02/02/2016) |
| 02/02/2016 | Ï 4 | CERTIFIED MAIL RECEIPT re 3 Order on Application for Leave to Proceed in forma pauperis. (am) (Entered: 02/02/2016) |
| 02/16/2016 | Ï 5 | The Applicable Law by Anant Kumar Tripati (am) (Entered: 02/16/2016) |
| 02/22/2016 | Ï 6 | MOTION TO ENLARGE TIME AND AMEND by Anant Kumar Tripati. (am) (Entered: 02/22/2016) |
| 02/22/2016 | Ï 7 | ORDER granting in part 6 Motion To Enlarge Time And Amend. Plaintiff shall have a 30 day extention from the date of the entry of this Order. Signed by District Judge Aleta A. Trauger on 2/23/16. (xc:Pro se party by regular and certified mail.)(am) (Entered: 02/23/2016) |
| 02/23/2016 | Ï 8 | CERTIFIED MAIL RECEIPT re 7 Order. (am) (Entered: 02/23/2016) |
| 03/04/2016 | Ï 9 | GREEN CARD RETURNED Executed as to Anant Kumar Tripati 7 Order. (am) Modified on 3/7/2016 (am). (Entered: 03/07/2016) |

| | | |
|---|---|---|
| 03/09/2016 | 10 | MOTION for Reconsideration re 7 Order on Motion for Miscellaneous Relief by Anant Kumar Tripati. (am) (Entered: 03/10/2016) |
| 03/15/2016 | 11 | ORDER denying 10 Motion for Reconsideration re [7] Order. The plaintiff shall have an additional 14 days from his previous deadline, until April 6, 2016, to submit the $400 fee for this action, and is warned that the failure to do so will result in dismissal of his action for failure to prosecute and the assessment of the fee against his inmate trust account. The plaintiff's submission must reflect the matter number assigned to this case: 3:16–cv–00076. Signed by District Judge Aleta A. Trauger on 3/15/16. (xc:Pro se party by regular and certified mail.)(DOCKET TEXT SUMMARY ONLY–ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)(dt) (Entered: 03/15/2016) |
| 03/15/2016 | 12 | CERTIFIED MAIL RECEIPT re 11 Order. (dt) (Entered: 03/15/2016) |
| 03/21/2016 | 13 | AMENDED MOTION TO EXTEND TIME by Anant Kumar Tripati. (am) (Entered: 03/22/2016) |
| 03/24/2016 | 14 | GREEN CARD RETURNED Executed as to Anant Kumar Tripati 11 Order. (am) (Entered: 03/24/2016) |
| 03/31/2016 | 15 | MOTION TO FIX FIRST AMENDED COMPLAINT 1 Complaint, by Anant Kumar Tripati. (Attachments: # 1 Attachment – First Amended Complaint)(am) (Entered: 03/31/2016) |
| 04/01/2016 | 16 | ORDER granting 13 Motion TO EXTEND TIME. The plaintiff has until the close of business on Monday, May 2, 2016 (the first business day after April 30), to submit the full $400 payment. Signed by District Judge Aleta A. Trauger on 4/1/16. (xc:Pro se party by regular and certified mail.)(DOCKET TEXT SUMMARY ONLY–ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)(am) (Entered: 04/01/2016) |
| 04/01/2016 | 17 | CERTIFIED MAIL RECEIPT re 16 Order. (am) (Entered: 04/01/2016) |
| 04/11/2016 | 18 | GREEN CARD RETURNED Executed as to Anant Kumar Tripati 16 Order. (am) (Entered: 04/11/2016) |
| 05/02/2016 | 19 | MOTION TO ABATE TIME by Anant Kumar Tripati. (am) (Entered: 05/03/2016) |
| 05/04/2016 | 20 | Letter from Financial sending personal check for filing fee back to Kristnamma Tripati, the Clerk's Office does not accept personal checks for the payment of filing fees . (am) Modified Text on 5/11/2016 (am). (Entered: 05/04/2016) |
| 05/16/2016 | 21 | RECEIPT #34675041171 in the amount of $400.00 posted by Anant Kumar Tripati re 1 Complaint. (am) (Entered: 05/16/2016) |
| 05/17/2016 | 22 | ORDER: Accordingly, IT IS ORDERED that this case be transferred to the United States District Court for Arizona, Tucson Division, pursuant to 28 U.S.C. § 1404(a). The court notes again that it has not reviewed the plaintiff's complaint under the PLRA, and his complaint and pending motions are more appropriately reviewed by the transferee court. Signed by District Judge Aleta A. Trauger on 5/17/16. (xc:Pro se party by regular and certified mail.)(DOCKET TEXT SUMMARY ONLY–ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)(am) (Entered: 05/17/2016) |