Anant Kumar Tripati
102081 BOX 5000
Florence, AZ 85132

FILED ___ LODGED ___
RECEIVED ___ COPY ___
JUL 11 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| Anant Kumar Tripati, Plaintiff vs. Corizon Inc, et. al., Defendants | CV 16-00282 DCB NOTICE OF FILING OF SECOND AMENDED COMPLAINT ON COURT APPROVED FORM REQUEST FOR SCREENING AND SERVICE |
|---|---|

Plaintiff files the Second Amended Complaint on the Court Approved Form

The Medical Claims began May 1, 2013 and continue to date and are not within the time frames of CV 13-0615 DCB This is a wrong that began May 1, 2013 and is continuing to date Page v US, 981 F2d 254, 257 (5th Cir. 1993)

The Retaliation Claims began in 1996 and as demonstrated by the April 26th, 2016 E-mail attachment from Julia Erwin and the September 1, 2008

— 1 —

Johnson memo, they state that the conduct began 2008/2009. This is also a continuing wrong.

The Erwin, Johnson memos and Ryan letter show the Attorney General and his assistants acted as ADOC policy makers in matters that relate to Plaintiff. Williams v. Smith, 781 F.2d 319 (1986)

Then, as the Erwin-Johnson memo and Ryan letter shows, had ADOC employees violate ADOC policies as to me Howard v. Adkinson, 887 F.2d 134, 140 (8th Cir. 1989)

Then directly participated in retaliation per their memos Martin v. Lane, 776 F. Supp. 641, 649-50 (N.D. Ill. 1991)

Their legal advice was just a sham for under the guise of the Attorney-Client relationship they were directing retaliation against me FDIC v. Beck, 2006 U.S. Dist. Lexis 12120 (Mass. 7/11/06

Plaintiff asks the complaint be screened and the U.S. Marshall directed to

-2-

SERVE DEFENDANT.

Respectfully submitted

*[signature]*

— 3 —