# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anant Kumar Tripati,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Corizon Incorporated, et al.,<br><br>　　　　Defendants. | NO. CV-16-00282-TUC-DCB (PSOT)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's order filed January 23, 2018, the Fourth Amended Complaint and this action are dismissed for failure to state a claim.  This dismissal may count as a "strike" under 28 U.S.C. § 1915(g).

　　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

January 23, 2018

　　　　　　　　　　　　　　　　　　s/ M Rodriguez
　　　　　　　　　　　　　　　　By  Deputy Clerk