**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anant Kumar Tripati, | No. CV-16-00282-TUC-DCB (P) |
| Plaintiff, | **ORDER** |
| v. | |
| Corizon Incorporated, et al., | |
| Defendants. | |

On January 23, 2018, this Court dismissed this action for failure to state a claim, including a "strike" under 28 U.S.C. § 1915(g) for frivolousness, and entered Judgment against the Plaintiff. He appealed. On April 26, 2018, the Ninth Circuit Court of Appeals, after conducting a pre-filing review, determined the matter should not proceed because it was insubstantial and entered the Mandate. This case is closed. All subsequently filed motions and notices are moot.

**Accordingly,**

**IT IS ORDERED** that all pending motions (Docs 72 and 73) are DENIED AS MOOT.

/////
/////
/////
/////

**IT IS FURTHER ORDERED** that the Clerk of the Court shall not accept further filings from Plaintiff in this matter.

Dated this 18th day of July, 2018.

Honorable David C. Bury
United States District Judge