| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 19 2018 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ANANT KUMAR TRIPATI,

    Plaintiff-Appellant,

 v.

CORIZON, INC., Health Care Provider, ADOC; et al.,

    Defendants-Appellees.

No. 18-16446

D.C. No. 4:16-cv-00282-DCB-PSOT
District of Arizona, Tucson

ORDER

Before: O'SCANNLAIN, BERZON, and IKUTA, Circuit Judges.

This court has reviewed the notice of appeal filed July 24, 2018 in the above-referenced district court docket pursuant to the pre-filing review order entered in docket No. 93-80317. Because the appeal is so insubstantial as to not warrant further review, it shall not be permitted to proceed. *See In re Thomas*, 508 F.3d 1225 (9th Cir. 2007). Appeal No. 18-16446 is therefore dismissed.

All pending motions are denied as moot.

This order, served on the district court for the District of Arizona, shall constitute the mandate of this court.

No motions for reconsideration, rehearing, clarification, stay of the mandate, or any other submissions regarding this order shall be filed or entertained.

**DISMISSED.**

MF/Pro Se